# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HOMER GILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08 CV 4698 |
| | ) | |
| THE CITY OF CHICAGO, a municipal corporation, OFFICER B. CHEN, OFFICER B. VELEZ, SUPERVISING POLICE OFFICER, OFFICER CURTISTEEN GILBERT, | ) ) ) ) ) ) | Honorable Judge John W. Darrah<br><br>Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR ENTRY OF JUDGMENT

NOW COME the parties, by and through their attorneys of record, and for their agreed motion for entry of judgment, state as follows:

1. The above-captioned matter was filed on August 18, 2008 by plaintiff, HOMER GILBERT, against defendants THE CITY OF CHICAGO, Chicago Police Officers BRIAN CHEN, BENJAMIN VELEZ, and CURTISTEEN GILBERT.

2. Discovery closed in this matter on September 30, 2009.

3. On November 9, 2009, defendant moved for summary judgment on all counts of this matter.

4. Subsequent to this filing, plaintiff's counsel contacted defendants' counsel and advised that plaintiff would not be opposing this motion and would consent to entry of judgment in favor of defendants.

5. The parties have contemporaneously submitted a proposed Order of Judgment via this Court's procedures for submitting such orders via electronic mail.

WHEREFORE the parties pray that judgment be entered in this matter as set forth in the proposed order submitted to this Court and that this matter be dismissed with prejudice in it entirety.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: s/ Timothy P. Scahill
      Timothy P. Scahill

Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 580-1030